UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA J. OSMERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MASERATI NORTH AMERICA, INC.,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00983-AWI-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF STIPULATION OF DISMISSAL<br><br>(ECF NO. 17) |

　　On June 5, 2019, Plaintiff Krista J. Osmers and Defendant Maserati North America, Inc., by and through their respective attorneys, stipulated that this case should be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, in light of the stipulation, the Clerk of Court is ORDERED to close this case.

IT IS SO ORDERED.

　　Dated: __**June 6, 2019**__　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1